# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Baltimore Field Office

George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Intake Information Group TTY: (800) 669-6820
Baltimore Direct Dial: (410) 801-6711
TTY (410) 962-6065
FAX (443) 992-7880
http://www.eeoc.gov

EEOC Charge No. 531-2021-02825

Linda Batts
3212 Gwynns Falls Parkway
Baltimore, MD 21216                                         Charging Party

City of Baltimore
Department of Public Works
200 Holliday St
Baltimore MD, 21202                                         Respondent

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulation, I issue on behalf of the Commission the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964 (hereinafter referred to as "Title VII"), as amended. Respondent is an employer within the meaning of Title VII, and all requirements for coverage have been met.

Charging Party alleges Respondent discharged her in retaliation for her participation in protected activity under the statute.

Respondent denies Charging Party's allegations and contends that Respondent went in a different direction and therefore Charging Party's services were no longer needed.

The record shows that Respondent hired Charging Party on July 2, 2019, as the first ever Director of Equity and Environmental Justice at Respondent. Evidence obtained upon investigation shows that throughout her tenure, Charging Party repeatedly advocated to follow EEO best practices and advised against significant retaliatory actions at Respondent for specific cases of discrimination, but decisionmakers at Respondent ignored Charging Party's guidance and instead discharged her without a legitimate non-discriminatory reason.

Based on this analysis, I have determined that the evidence establishes a violation of the Civil Rights Act of 1964, as amended, with respect discharge based in retaliation.

Upon finding reasonable cause that unlawful employment practices have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Conciliation is Respondent's opportunity to voluntarily remedy the unlawful employment practices found to have occurred. Ultimately, any conciliation agreement must be acceptable to the Commission. Forthcoming under separate cover is a proposed conciliation agreement designed to remedy the unlawful employment practices found to have occurred in this Letter of Determination. Respondent is invited to respond to this proposal within 14 days of receipt.

EEOC Charge No. 531-2021-02825
Page 2

If Respondent fails to engage in conciliation, or if the Commission determines, in its sole discretion, that conciliation has failed, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission.

ON BEHALF OF THE COMMISSION:

November 29, 2024

Date

Rosemarie Rhodes
Director

CC:    Deepti Modha (for Respondent)
       Tamira Muir (for Respondent)

 Gmail                                              **Thiruvendran Vignarajah <thiru@thirulaw.com>**

---

## Fw: Conciliation Proposal

2 messages

---

**Linda Batts** <samuel1008@verizon.net>                          Wed, Jan 28, 2026 at 3:34 PM
To: Thiru Vignarajah <thiru@thirulaw.com>, LOTV Team <team@thirulaw.com>


----- Forwarded Message -----
**From:** Linda Batts <samuel1008@verizon.net>
**To:** samuel1008@verizon.net <samuel1008@verizon.net>
**Sent:** Wednesday, January 28, 2026 at 03:30:17 PM EST
**Subject:** Fw: Conciliation Proposal


----- Forwarded Message -----
**From:** JAMES SWAN <james.swan@eeoc.gov>
**To:** Linda Batts <lindabatts1008@gmail.com>; Linda Batts <samuel1008@verizon.net>
**Sent:** Tuesday, December 10, 2024 at 11:27:57 AM EST
**Subject:** RE: Conciliation Proposal


Thank you. Sorry for the mix up.


James


---

**From:** Linda Batts <lindabatts1008@gmail.com>
**Sent:** Tuesday, December 10, 2024 11:27 AM
**To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>; Linda Batts <samuel1008@verizon.net>
**Subject:** Re: Conciliation Proposal


**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.


James,


Thank you. Please remember to use my samuel1008@verizon.net as my email. I was unaware that this was parked in my Gmail account, which is my lesser used account.


I will get this to you asap, by Thursday. I have a number of medical appointments this week.


Thank you.

Linda Batts

On Thu, Dec 5, 2024, 4:17 PM JAMES SWAN <JAMES.SWAN@eeoc.gov> wrote:

> Hi Ms. Batts,
>
> Please see attached. I know you've mentioned you are seeking reinstatement as a contractor, but I want to make sure I'm understanding exactly what you're seeking, so I have not completed the section for your relief yet. Would you mind send me a description of exactly what you're seeking?
>
> Sincerely,
>
> James
>
> EEOC IMAGE
>
> James Swan (He/Him)
>
> Supervisory Investigator
> EEOC, Baltimore Field Office
>
> 31 Hopkins Plaza, Suite 1432
>
> Baltimore, MD 21201
> Direct Phone Line (410) 801-6727

 Gmail

**Thiruvendran Vignarajah <thiru@thirulaw.com>**

## Fw: Your EEOC complaint against Baltimore City Dept Of Public Works

2 messages

**Linda Batts** <samuel1008@verizon.net>                                        Wed, Jan 28, 2026 at 3:33 PM
To: Thiru Vignarajah <thiru@thirulaw.com>, LOTV Team <team@thirulaw.com>

----- Forwarded Message -----
**From:** Linda Batts <samuel1008@verizon.net>
**To:** Linda Batts <samuel1008@verizon.net>
**Sent:** Wednesday, January 28, 2026 at 03:32:55 PM EST
**Subject:** Fw: Your EEOC complaint against Baltimore City Dept Of Public Works

----- Forwarded Message -----
**From:** JAMES SWAN <james.swan@eeoc.gov>
**To:** Linda Batts <samuel1008@verizon.net>; Linda Batts <lindabatts1008@gmail.com>
**Sent:** Monday, January 24, 2022 at 07:56:27 AM EST
**Subject:** RE: Your EEOC complaint against Baltimore City Dept Of Public Works

Hi Ms. Batts,

Yes that will be fine. I will find a time of availability shortly.

What was the date of your termination from the employer?

**From:** Linda Batts <samuel1008@verizon.net>
**Sent:** Monday, January 24, 2022 7:52 AM
**To:** Linda Batts <lindabatts1008@gmail.com>; JAMES SWAN <JAMES.SWAN@EEOC.GOV>
**Subject:** Re: Your EEOC complaint against Baltimore City Dept Of Public Works

Thank you for replying.  I do have a dilemma.  My computer housing my information broke.   Geek Squad is scheduled to repair on January 29th.  Can you please reset me anytime the week of February 7th?

Linda

On Monday, January 24, 2022, 07:04:44 AM EST, JAMES SWAN <james.swan@eeoc.gov> wrote:

Thank you for your email. How is 9:30 am? It will be by telephone.

Sincerely,

James

**From:** Linda Batts <lindabatts1008@gmail.com>
**Sent:** Friday, January 21, 2022 3:52 PM
**To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>; Linda Batts <samuel1008@verizon.net>
**Subject:** Re: Your EEOC complaint against Baltimore City Dept Of Public Works

Greetings:

Thank you.  I am available.  Please advise of the time.  Will this be via phone or zoom?

Also, my better email is samuel1008@verizon.net as opposed to the gmail.

Linda

Linda Batts

On Wed, Jan 19, 2022, 7:36 AM JAMES SWAN <JAMES.SWAN@eeoc.gov> wrote:

> Hi Ms. Batts,
>
> I am assigned to conduct your interview. Are you available at all 1/27/2021? I am available from 9 am to 5 pm.
>
> Sincerely,
>
> James
>
> James Swan
>
> Federal Investigator
> EEOC, Baltimore Field Office
>
> 31 Hopkins Plaza, Suite 1432
>
> Baltimore, MD 21201
> Direct Phone Line (410) 801-6727

 Gmail

Thiruvendran Vignarajah <thiru@thirulaw.com>

## Fw: EEOC No. 531-2021-02825 Batts v City Of Baltimore, Dept Of Public Works

2 messages

**Linda Batts** <samuel1008@verizon.net>                                Wed, Jan 28, 2026 at 3:34 PM
To: Thiru Vignarajah <thiru@thirulaw.com>, LOTV Team <team@thirulaw.com>

----- Forwarded Message -----
**From:** Linda Batts <samuel1008@verizon.net>
**To:** Linda Batts <samuel1008@verizon.net>
**Sent:** Wednesday, January 28, 2026 at 03:29:14 PM EST
**Subject:** Fw: EEOC No. 531-2021-02825 Batts v City Of Baltimore, Dept Of Public Works

----- Forwarded Message -----
**From:** JAMES SWAN <james.swan@eeoc.gov>
**To:** Linda Batts <lindabatts1008@gmail.com>; Linda Batts <samuel1008@verizon.net>
**Sent:** Thursday, August 17, 2023 at 02:46:06 PM EDT
**Subject:** RE: EEOC No. 531-2021-02825 Batts v City Of Baltimore, Dept Of Public Works

Thank you Ms. Batts. Do you have time for a call tomorrow?

**From:** Linda Batts <lindabatts1008@gmail.com>
**Sent:** Wednesday, August 16, 2023 11:23 PM
**To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>; Linda Batts <samuel1008@verizon.net>
**Subject:** Re: EEOC No. 531-2021-02825 Batts v City Of Baltimore, Dept Of Public Works

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi James:

Thank you and please remember to use the email for me at  samuel1008@verizon.net.

I would be amenable to one year's salary, with a flexible discussion around compensatory damages associated with the professional and psychological impact and trauma experienced.

Please feel free to contact me on 410/627-8121.

Thank you.

Linda Batts


On Thu, Aug 3, 2023, 10:30 AM JAMES SWAN <JAMES.SWAN@eeoc.gov> wrote:

> Ms. Batts,
>
>
> I intend to make a recommendation for a finding in your favor for the referenced charge. Please let me know what you are seeking in terms of monetary remedy.
>
>
> Sincerely,
>
>
> James
>
>
> EEOC IMAGE
>
>
>
> James Swan (He/Him)
>
> Supervisory Investigator
> EEOC, Baltimore Field Office
>
> 31 Hopkins Plaza, Suite 1432
>
> Baltimore, MD 21201
> Direct Phone Line (410) 801-6727

## RE: Conciliation Proposal

From:  JAMES SWAN (james.swan@eeoc.gov)

To:    samuel1008@verizon.net

Date:  Friday, December 20, 2024 at 03:40 PM EST

Hi Ms. Batts,

Please see attached. Let me know if this is sufficient. Then I will send to Respondent as an initial demand.

Sincerely,

James

> **From:** Linda Batts <samuel1008@verizon.net>
> **Sent:** Saturday, December 14, 2024 9:15 AM
> **To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>; Linda Batts <lindabatts1008@gmail.com>
> **Subject:** Re: Conciliation Proposal
>
> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.
>
> Also James, I am amenable to an nondisclosure provision.
>
> Also, obviously I want the termination rescinded and a determination of other corrective measures to be undertaken.
>
> Thank you.
>
> Linda Batts
>
> On Friday, December 13, 2024 at 03:39:08 PM EST, Linda Batts <samuel1008@verizon.net> wrote:
>
> James,

I cannot open the document you attached. The only attachment I see is the EEOC seal. Please send again, and have a great weekend.

Linda

On Tuesday, December 10, 2024 at 11:26:59 AM EST, Linda Batts <lindabatts1008@gmail.com> wrote:

James,

Thank you. Please remember to use my samuel1008@verizon.net as my email. I was unaware that this was parked in my Gmail account, which is my lesser used account.

I will get this to you asap, by Thursday. I have a number of medical appointments this week.

Thank you.

Linda Batts

On Thu, Dec 5, 2024, 4:17 PM JAMES SWAN <JAMES.SWAN@eeoc.gov> wrote:

Hi Ms. Batts,

Please see attached. I know you've mentioned you are seeking reinstatement as a contractor, but I want to make sure I'm understanding exactly what you're seeking, so I have not completed the section for your relief yet. Would you mind send me a description of exactly what you're seeking?

Sincerely,

James

James Swan (He/Him)

Supervisory Investigator
EEOC, Baltimore Field Office

31 Hopkins Plaza, Suite 1432

Baltimore, MD 21201
Direct Phone Line (410) 801-6727



Batts Proposed Conciliation Agreement.docx
69.4 kB

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore Field Office**
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
(410) 209-2237


## CONCILIATION AGREEMENT


In the Matter of:

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

and

Linda Batts

Charging Party

and

Baltimore City Department of Public Works

Respondent


Charge Number 531-2021-02825


\*\*\*\*\*


A charge having been filed under Title VII of the Civil Rights Act of 1964 (Title VII), as amended, with the U.S. Equal Employment Opportunity Commission (EEOC), by the Charging Party against the Respondent, the charge having been investigated and reasonable cause having been found, the parties do resolve and conciliate this matter as follows:

## I. GENERAL PROVISIONS

1.      EEOC May Review Compliance With Agreement - The Respondent agrees that the EEOC may review compliance with this Agreement.  As a part of such review the EEOC may require written reports concerning compliance, may inspect the premises, examine witnesses and examine and copy documents.

2.      Agreement Does Not Constitute Admission of Violation - It is understood that this Agreement does not constitute an admission by any Respondent of any violation of any statute administered by the EEOC.

3.      Charging Party's Covenant Not to Sue - The Charging Party hereby waives, releases and covenants not to sue the Respondent with respect to the matters which were alleged in this charge on file with the EEOC, subject to performance by the Respondent of the promises and representations contained herein.  The EEOC shall determine whether the Respondent has complied with the terms of this Agreement.

4.      Duration of Agreement- The duration of this agreement is three (3) years from the date it is fully executed by both parties.

5.      All Employment Practices are to be Conducted in a Non-Discriminatory Manner - All hiring, promotion practices, and other terms and conditions of employment shall be maintained and conducted in a manner which does not discriminate on the basis of race, color, sex, religion, national origin, disability or age in violation of any statute administered by the EEOC.

6.      Retaliation Prohibited - The Parties agree that there shall be no discrimination or retaliation of any kind against any person because of opposition to any practice declared unlawful under any statute administered by the EEOC or because of the filing of a charge; giving of testimony or assistance or participation in any manner in any investigation, proceeding or hearing under any statute administered by the EEOC.

7.      Reporting Provisions - The Respondent agrees to retain the records and to provide the written reports under the subsequent section of this Agreement entitled "Reporting Provisions."  Reports will be furnished to the Office of the EEOC which has signified final approval of this Agreement.

8.      Enforcement of Agreement - The parties agree that this Agreement may be specifically enforced in court and may be used as evidence in a subsequent proceeding in which any of the parties allege a breach of this Agreement.

9.      Impact Upon EEOC's Processing - EEOC agrees not to use the subject charge as the jurisdictional basis for a civil action under the ADA but does not waive or in any manner limit its right to process or seek relief in any other charge or investigation including, but not limited to, a charge filed by a member of the Commission against the Respondent.

## II. INJUNCTIVE RELIEF

### A. Training

1. Within two (2) months from the date that the Conciliation Agreement is signed by the EEOC, the Respondent will provide no less than two (2) hours of comprehensive Title VII training for all facilities. The training must include the policy prohibiting unlawful discrimination, harassment, and retaliation; the complaints procedures; and reasonable accommodation.

2. The Respondent agrees that training will be conducted by an EEOC approved vendor. The Respondent will be allowed to perform the training in person or through electronic training as long as a post-training quiz or exam is required of all personnel being trained. The Respondent will perform this training once a year over the duration of this Agreement.

3. The Respondent will ensure the following employees are trained on federal laws prohibiting discrimination, harassment, and retaliation:

   a. All Human Resources employees;
   b. All Members of management
   c. All Hiring personnel

4. The Respondent will provide such training to all employees who in the future are hired or promoted into positions described above in 3a-3c within one (1) month of the date of their hire or promotion.

5. Further, the Respondent will provide annual refresher training that shall be no less than two (2) hours and cover the topics outlined in paragraph 1 and new developments under Title VII.

6. The Respondent will furnish the EEOC Baltimore Field Office with written documentation; which includes all training materials, training agenda, and signed and dated attendance sheets; confirming that it has complied with the training requirements outlined in the preceding paragraphs within fourteen (14) days of compliance.

### B. Notice Postings

1. Within one (1) month from the date this Conciliation Agreement is approved by EEOC, the Respondent will post a Notice regarding the resolution of this matter and informing employees of their rights (attached as Exhibit A) in areas where the Notices can be easily read at the facility named in the Charge. The Notices shall remain posted throughout the duration of this Agreement.

## III. CHARGING PARTY RELIEF

### A. Reinstatement

1. The Respondent agrees to reinstate Charging Party retroactively, without a break in service. This includes, but is not limited to, leave accumulation, payment into social security, and retirement as Director of Equity and Environmental Justice.

### B. Recission of Termination

2. The Respondent agrees to rescind Charging Party's termination

## IV. REPORTING PROVISIONS

1. The Respondent will authorize the EEOC to monitor compliance with the Conciliation Agreement for a period of not less than three (3) years from the date the Agreement is signed by the EEOC. Compliance monitoring may include, within the sole discretion of the EEOC and immediately upon demand, inspection of the Respondent's premises, inspection and copying of records, interviews with employees, and any other investigative technique authorized by law.

2. The Respondent will not retaliate against any individual(s) because the individual(s) provided information or assistance to, or participated in any manner in, any administrative agency or internal investigation or proceeding relating to the allegations of discrimination that are addressed in the Letter of Determination and Conciliation Agreement related to this matter.

3. The Respondent will, for a period of three (3) years from the date the Conciliation Agreement is signed by the EEOC, notify the EEOC's Baltimore Field Office in writing of any allegations or complaints of discrimination, harassment, or retaliation within thirty (30) days of any such allegation or complaint determination. The procedure for such reporting will be specified by the EEOC. Additionally, the Respondent will submit annual reports to the EEOC's Baltimore Field Office, under oath in the form of affidavits, stating whether or not during the preceding twelve (12) months there were any allegations or complaints of discrimination, harassment, or retaliation, and if so, describing the circumstances of each with particularity.

## SIGNATURES

I have read the foregoing Conciliation Agreement and I accept and agree to the provisions contained therein:

_____

Date

_____

For Respondent


_____

Date

_____

Charging Party


Approved on behalf of the Commission:

_____

Date

_____

Rosemarie Rhodes
Field Office Director

EXHIBIT A



**EMPLOYEE NOTICE**

**Posted Pursuant to an Agreement Resolving a Charge of Employment Discrimination Filed with the**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore Field Office**

This Notice to all employees of Baltimore City DPW is being posted as part of the remedy agreed to between Baltimore City DPW and the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) in conciliation of a Charge of Employment Discrimination filed by a former employee.

Federal law requires that there be no discrimination against any employee or applicant for employment because of the employee's or applicant's race, color, religion, sex (including pregnancy, gender identity, and sexual orientation), national origin, age (40 or older), disability or genetic information with respect to compensation, hiring, promotion, firing, or other terms, conditions or privileges of employment. supports and will comply with such federal law in all respects.

Specifically, Baltimore City DPW will ensure compliance with requirements under the Title VII of the Civil Rights Act of 1964, as amended, not to discriminate against employees and applicants based on disability, including the denial of reasonable accommodation, and it will not retaliate against employees and applicants who assert their federally protected rights, complain about a violation of those rights, or file a Charge with or participate in an investigation by EEOC.

This Notice will remain posted for three years from the date of signature by direction of the Equal Employment Opportunity Commission.

Signed this _____ day of _____ 2024.

_____

For: Baltimore City DPW

Questions concerning this notice may be addressed to:
U.S. Equal Employment Opportunity Commission
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
(410) 801-6685
BFOContact@eeoc.gov



**AOL** Mail      JAMES SWAN    Add keywords          24/7 Help ⌄     🏠 Home

Compose      ← Back   ↩ ↩ →   📁 Move   🗑 Delete   🛡 Spam   ••• More        ⚙

RE: Conciliation Proposal        Yahoo/Inbox ☆

**JAMES SWAN**        🖨    Wed, Feb 5 at 3:48 PM ☆
From: james.swan@eeoc.gov
To: Linda Batts

**JAMES SWAN** 🔍
james.swan@eeoc.gov
+ Add to contacts

Hi Ms. Batts,

Thank you for the email. I just tried to give you a call. For your suggest of becoming Executive on loan with another agency such as the OIG or the EEOC, what agency do you mean by "EEOC?"

Sincerely,

James

> From: Linda Batts <samuel1008@verizon.net>
> Sent: Thursday, January 30, 2025 10:44 AM
> To: JAMES SWAN <JAMES.SWAN@EEOC.GOV>
> Subject: Re: Conciliation Proposal
>
> Thank you James,
>
> I understand that the City is willing to consider provisions that relate to generic aspects of the agreement, such as training; however, they have declined reinstatement to my former position.
>
> If the City is unwilling to accept reinstatement with DPW, then I would be willing to consider being placed in an "equivalent" position in another agency. This could accomplished by assigning me as
>
> an Executive on loan with another agency such as the OIG or the EEOC.
>
> As previously stated, I am interested in retroactive benefits, to include leave, pay, retirement and any/all provisions associated with recission of my termination and reinstatement.
>
> If the City is unwilling to reinstate me, then, I am interested in all benefits retroactive to include the possibility of front pay through December 31, 2025 or the chronological point that would allow for my retirement with full benefits. I would support appropriate nondisclosure language pursuant to any resolution.
>
> I am surprised that Gary Gilkey, the attorney with whom you are coordinating, is involved given the improprieties I raised regarding his role in advising the EEO program concurrent with his representation of management.
>
> Thank you for your efforts to conciliate this complaint. Please call me at 410/627-8121 upon receipt of this correspondence, prior to any communication with the City.
>
> Linda Batts

On Monday, January 27, 2025 at 09:26:36 AM EST, JAMES SWAN
<james.swan@eeoc.gov> wrote:

Good morning Ms. Batts,

Respondent has declined your demand to reinstatement. I
asked about the Executive on loan options as well and am
waiting for them to respond. In the meantime, you suggested
front pay in lieu of reinstatement. Do you have an idea of how
much front pay you would be seeking?

Sincerely,

James

From: Linda Batts <samuel1008@verizon.net>
Sent: Monday, December 30, 2024 11:00 AM
To: JAMES SWAN <JAMES.SWAN@EEOC.GOV>
Subject: Re: Conciliation Proposal

Yes sir. Thank you.

Linda Batts

On Monday, December 30, 2024 at 10:59:08 AM EST, JAMES SWAN
<james.swan@eeoc.gov> wrote:

Hi Ms. Batts,

I will be available at 12:30 today. Can you call me then please? I can
be reached at 410-801-6727

Sincerely,

James

From: Linda Batts <samuel1008@verizon.net>
Sent: Monday, December 30, 2024 9:56 AM
To: JAMES SWAN <JAMES.SWAN@EEOC.GOV>
Subject: Re: Conciliation Proposal

Greetings James:

Are you available to talk briefly?

Linda Batts

On Friday, December 20, 2024 at 03:40:00 PM EST, JAMES SWAN
<james.swan@eeoc.gov> wrote:

[redacted]

Hi Ms. Batts,

Please see attached. Let me know if this is sufficient. Then I will send to Respondent as an initial demand.

Sincerely,

James

**From:** Linda Batts <samuel1008@verizon.net>
**Sent:** Saturday, December 14, 2024 9:15 AM
**To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>; Linda Batts <lindabatts1008@gmail.com>
**Subject:** Re: Conciliation Proposal

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Also James, I am amenable to an nondisclosure provision.

Also, obviously I want the termination rescinded and a determination of other corrective measures to be undertaken.

Thank you.

Linda Batts

On Friday, December 13, 2024 at 03:39:08 PM EST, Linda Batts <samuel1008@verizon.net> wrote:

James,

I cannot open the document you attached. The only attachment I see is the EEOC seal. Please send again, and have a great weekend.

Linda

On Tuesday, December 10, 2024 at 11:26:59 AM EST, Linda Batts <lindabatts1008@gmail.com> wrote:

> James,
>
> Thank you. Please remember to use my samuel1008@verizon.net as my email. I was unaware that this was parked in my Gmail



account, which is my lesser used account.

I will get this to you asap, by Thursday. I have a number of medical appointments this week.

Thank you.

Linda Batts

On Thu, Dec 5, 2024, 4:17 PM JAMES SWAN <JAMES.SWAN@eeoc.gov> wrote:

> Hi Ms. Batts,
>
> Please see attached. I know you've mentioned you are seeking reinstatement as a contractor, but I want to make sure I'm understanding exactly what you're seeking, so I have not completed the section for your relief yet. Would you mind send me a description of exactly what you're seeking?
>
> Sincerely,
>
> James
>
> James Swan (He/Him)
>
> Supervisory Investigator
> EEOC, Baltimore Field Office
>
> 31 Hopkins Plaza, Suite 1432
>
> Baltimore, MD 21201
> Direct Phone Line (410) 801-6727

Reply, Reply All or Forward

 **AOL** Mail        JAMES SWAN   Add keywords                    24/7 Help ∨       Home

Compose         ← Back ↰ ↞ → 🗂 Move  🗑 Delete  🚫 Spam  ••• More      ▥ ▩ ▤ ❓                    ⚙

Re: Notice of Conciliation Failure EEOC        Yahoo/Sent ☆
No. 531-2021-02825

> **Linda Batts**                        🖨   Fri, Jul 11 at 10:45 AM ☆
> From: samuel1008@verizon.net
> To: JAMES SWAN
>
> Greetings James:
>
> How are you?  Have you heard anything from DOJ about my
> case?  Are you able to follow through with them?
>
> Thank you.
>
> Linda Batts
>
>
> On Tuesday, February 25, 2025 at 03:40:27 PM EST, JAMES SWAN
> <james.swan@eeoc.gov> wrote:
>
>
> Hi Ms. Batts,
>
>
> Yes, that is correct. The DOJ will email you the right to sue if they
> decline to litigate.
>
>
> Sincerely,
>
>
> James
>
>
> **From:** Linda Batts <samuel1008@verizon.net>
> **Sent:** Tuesday, February 25, 2025 3:31 PM
> **To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>
> **Subject:** Re: Notice of Conciliation Failure EEOC No. 531-2021-
> 02825
>
>
> > **CAUTION:** The sender of this message is external to the EEOC
> > network. Please use care when clicking on links and responding with
> > sensitive information. Forward suspicious emails to
> > phishing@eeoc.gov.
>
>
> Thank you for your efforts Mr. Swan.
>
>
> I will await notice on the DOJ's determination.  The right to sue will follow if DOJ
> declines, correct?
>
>
> Linda Batts
>
>
> On Tuesday, February 25, 2025 at 02:21:28 PM EST, JAMES SWAN
> <james.swan@eeoc.gov> wrote:



Hello Ms. Batts,

Respondent has declined to discuss the monetary portion of the conciliation agreement. We have therefore exhausted all options and I am failing conciliation. Please see attached.

Sincerely,

James

James Swan

Supervisory Investigator
EEOC, Baltimore Field Office

31 Hopkins Plaza, Suite 1432

Baltimore, MD 21201
Direct Phone Line (410) 801-6727

Reply, Reply All or Forward



Case 1:26-cv-00467-JMC    Document 1-1    Filed 02/05/26    Page 25 of 25    Exhibit 7

 **AOL** Mail

⬤ JAMES SWAN    Add keywords

24/7 Help ⌄         Home

Compose

← Back  ⬅  ⬅⬅  ➡  📁 Move  🗑 Delete  🛡 Spam  ••• More    ▣  ▤  ▤  ❓    ⚙

**Re: Notice of Conciliation Failure EEOC No. 531-2021-02825**    Yahoo/Sent ☆

**Linda Batts**    🖨  Mon, Dec 8 at 2:57 PM  ☆
From: samuel1008@verizon.net
To: JAMES SWAN

Hi James,

I hope that this finds you well. Have you heard anything from DOJ?

Linda Batts

> On Friday, July 11, 2025 at 10:47:06 AM EDT, JAMES SWAN <james.swan@eeoc.gov> wrote:
>
> HI Ms. Batts,
>
> I'm well, thanks. I hope you're also doing well also! I have not heard anything from them. I will follow up now.
>
> Sincerely,
>
> James
>
> **From:** Linda Batts <samuel1008@verizon.net>
> **Sent:** Friday, July 11, 2025 10:46 AM
> **To:** JAMES SWAN <JAMES.SWAN@EEOC.GOV>
> **Subject:** Re: Notice of Conciliation Failure EEOC No. 531-2021-02825
>
> Greetings James:
>
> How are you? Have you heard anything from DOJ about my case? Are you able to follow through with them?
>
> Thank you.
>
> Linda Batts
>
> On Tuesday, February 25, 2025 at 03:40:27 PM EST, JAMES SWAN <james.swan@eeoc.gov> wrote:
>
> Hi Ms. Batts,