**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| LINDA L. BATTS | * | |
| Plaintiffs, | * | |
| v. | * | |
| MAYOR AND CITY COUNCIL OF BALTIMORE, *ET AL.* | * | Civil Action No.: 1:26-cv-00467-JMC |
| | * | |
| Defendants. | | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## MOTION TO DISMISS

NOW COME Defendants Mayor and City Council of Baltimore ("Mayor and City Council") and Baltimore City Department of Public Works ("DPW") (collectively, the "Defendants"), by and through their attorneys, Lisa Y. Settles and the BALTIMORE CITY DEPARTMENT OF LAW, pursuant to Fed R. Civ. P. 12(b)(6) and Local Rule 105(1), and hereby respectfully move this Honorable Court to dismiss the Complaint filed by Linda L. Batts ("Plaintiff") in the captioned action.

In support thereof, Defendants state the following:

1.     The Complaint is untimely; and

2.     DPW is not a legal entity that is capable of being sued.

WHEREFORE, for the foregoing reasons, as discussed with greater particularity in the supporting Memorandum of Law, which is incorporated by reference, Defendants Mayor and City Council of Baltimore and Baltimore City Department of Public Works respectfully request that this Court grant their Motion and, thus, dismiss the Complaint in its entirety, with prejudice.

Respectfully submitted,

/s/ (filed electronically)
Lisa Y. Settles (Federal Bar No. 25838)
BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
Telephone: (410) 396-1413
lisa.settles@baltimorecity.gov
**ATTORNEYS FOR THE DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 9th day of April 2026, the foregoing Motion to Dismiss, supporting Memorandum of Law, and proposed Order were electronically filed in the United States District Court for the District of Maryland (Northern Division) and served upon counsel of record through the Court's CM/ECF system.

/s/ (filed electronically)
Lisa Y. Settles